# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sukhi Ghuman, et al., | **NO. CV-20-02474-PHX-ROS** |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Nicolas Nicholson, | |
| Defendant. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 26, 2024, judgment is entered in favor of defendant. Plaintiff to take nothing, and the complaint and action are dismissed.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

February 26, 2024

                                    s/ K. James
                           By  Deputy Clerk